# Order

Michigan Supreme Court
Lansing, Michigan

February 19, 2008

135261

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARGARET JUDD, Personal
Representative of the Estate of
James Scott Yager, Deceased,
          Plaintiff-Appellant,

v

SC: 135261
COA: 259107
Genesee CC: 04-078595-NH

BASIM TOWFIQ, M.D., GOPI
NALLANI, M.D., UDAYA
CHINTALAPUDI, M.D., BOARD
OF HOSPITAL MANAGERS OF
FLINT HURLEY MEDICAL
CENTER, HURLEY HEALTH
SERVICES, HURLEY MEDICAL
GROUP, P.C., and HURLEY PHO
OF MID-MICHIGAN,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 11, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals because the plaintiff falls within the class of plaintiffs entitled to relief identified in our order in *Mullins v St Joseph Mercy Hospital* (Docket No. 131879), 480 Mich 948 (decided 11/28/07). We REMAND this case to the Genesee Circuit Court for entry of an order denying the defendants' motion for summary disposition and for further proceedings not inconsistent with this order and the order in *Mullins*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

Clerk

l0211